United States District Court

Robert Damion Barnes, Plaintiff

V                                    Civil Action No. 4:22-CV-107-JHM

Daviess County Government,
Jailer Art Magilener          , Defendant(s)

## Jurisdiction & Venue

This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, of rights secured by the Constitution of the United States. The Court has jurisdiction under 28 U.S.C Section 1331 and 343(a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

) The Kentucky 6th Circuit is an appropriate venue under 28 U.S.C. Section 1391(b)(2) because it is where the events giving rise to this claim occurred.

## II Plaintiffs

3) Plaintiff, Robert Damion Barnes is and was at all times mentioned herein a prisoner of the State of Kentucky in the custody of the Kentucky Department of Corrections. He is currently confined in the Daviess County Detention Center, Owensboro, KY 42303.

## III Defendants

Defendant, Art Magiliner is the Jailer of Daviess County Detention Center. He is legally responsible for the operation of Daviess County Detention Center and for the welfare of all the inmates.

Defendant, Daviess County Government

## Facts

1) On 8/5/22 I asked a Deputy Jailer about Jumah which is a musilm service and he told me that we don't offer these services to your kind, I asked "what kind" is that and he said the "gay" kind and he smiled and walked off. Since being in this jail I've been told by several deputy jailers I can not practice my religion because I'm homosexual.

2) On 8/6/22 I woke up to a person who came from a cell with covid to our cell which is non affected at the time. Prior to the individual coming in the cell no one had covid, now me and several other have it which puts us at a risk for serious health problems. The other individual brought Covid from one cell to another the jail knew we were all neg. prior to

3) I asked a Deputy jailer about some sores on me and mysterious bumps Deputy ~~[redacted]~~ told me it was probably what all you homosexuals have, AIDS or Monkeypox. Other than that put a sick call in. He placed a mark on me and now threats from others have put me at risk for harm even rape by other people who may not be comfortable. Because they think I have AIDS or Monkeypox

## IV. Legal Claims

The deliberate indifference to medical conditions, unsafe conditions, sexual discrimination, and religious preferance violated plaintiff Robert Damion Barnes rights and constituted cruel and unusual punishment due process violation, freedom of religion, and PREA violation under the first, eighth, and Fourteenth Amendment to the United States Constitution.

The plaintiff has no plain, adequate, or complete remedy at law to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the conduct of the defendants unless this Court grants the declaratory and injunctive relief which plaintiff seeks.

## V. Prayer for Relief

WHEREFORE, Plaintiff respectfully prays that this court enters judgement granting Plaintiff:

A declaration that the acts and omissions described herein violated plaintiffs rights under the constitution and laws of the united States.

A preliminary and permanent injunction ordering defendants Daviess County Government to send me for classification.

Compensatory damages in the amount of $30,000 against each defendant, jointly and severally.

Punitive damages in the amount of $60,000 against Daviess County Government.

A jury trial on all issues triable by jury.
Plaintiffs Cost in this suit.
Any additional relief this court deems just, proper, and equitable.

Dated 8-9-22
Respectfully Submitted,
Robert D. Barnes
3337 Hwy 144
Owensboro, KY 42303



Robert Barnes
Dc DC
3337 Hwy 144
Owensboro, KY 42303

DAVIESS CO
UNCENSORED
JAIL MAIL

U.S. District Court
Clerk's office
423 Frederica St. Suite 126
Owensboro, KY 42301-3013

EVANSVILLE IN 476
10 AUG 2022 PM 1 L